John D. Kirchknopf, Appellee, v. Joseph J. Tandaric and Marion Tandaric, Appellants.

Gen. No. 44,078.

opinion filed November 13, 1947; released for publication December 13, 1947. Fithian, Spengler & Finnegan, for appellants; Robert J. Hill, for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.